**Harold SMITH, Plaintiff–Appellant,**

v.

**John D. LEDFORD, Sheriff; James Harwood, Captain; Denny Goforth, Chief Deputy; Eddie Rice, Jail Administrator, Defendants–Appellees.**

**No. 06–7169.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 24, 2006.

Harold Smith, Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold Smith appeals the district court's orders denying relief on his 42 U.S.C.

§ 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Ledford,* No. 1:06–cv–00152 (W.D.N.C. May 22, 2006, June 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*